**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** MASSACHUSETTS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Lexagene Inc. | § | Case No. 23-10261 |
| | § | |
| Debtor | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/24/2023. The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 1,655,297.92

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 671.53 |
| Bank service fees | 3,450.01 |
| Other payments to creditors | 1,410,744.44 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 240,431.94 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/05/2023 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $72,908.94. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $72,908.94, for a total compensation of $72,908.94[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $907.75, for total expenses of $907.75[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/28/2024 By: /s/John J. Aquino, Trustee
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 23-10261 | CJP | Judge: Christopher J. Panos | Trustee Name: | John J. Aquino, Trustee |
| Case Name: | Lexagene Inc. | | | Date Filed (f) or Converted (c): | 02/24/2023 (f) |
| | | | | 341(a) Meeting Date: | 03/23/2023 |
| For Period Ending: | 02/29/2024 | | | Claims Bar Date: | 05/05/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank of America Checking 7818 | 37,246.43 | 19,014.08 | | 19,014.08 | FA |
| 2. Software and security deposits | 196,008.75 | 0.00 | | 0.00 | FA |
| 3. Accounts Receivable 90 days old or less: 1,450.00 - 0.00 = | 1,450.00 | 0.00 | | 0.00 | FA |
| 4. Accounts Receivable Over 90 days old: 125,000.00 - 125,000.00 = | 0.00 | 0.00 | | 0.00 | FA |
| 5. Raw Materials (at cost) | 752,029.22 | 0.00 | | 150,000.00 | FA |
| 6. Work in Progress (at cost) | 321,029.66 | 0.00 | | 85,000.00 | FA |
| 7. Finished Goods (at cost) | 363,962.30 | 0.00 | | 100,000.00 | FA |
| 8. Office furniture (book value) | 134,642.58 | 0.00 | | 35,000.00 | FA |
| 9. Office fixtures (book value) | 17,612.36 | 0.00 | | 15,900.00 | FA |
| 10. Office equipment, computers, etc. (book value) | 72,820.16 | 0.00 | | 25,000.00 | FA |
| 11. Lease of premises located at 500 Cummings Center, Suite 4550, Beverly, MA 01915 Leasehold | Unknown | 0.00 | | 0.00 | FA |
| 12. PatentApplication No. 16/619851 | Unknown | 0.00 | | 30,000.00 | FA |
| 13. PatentApplication No. PCT/US2020/034179 | Unknown | 0.00 | | 55,000.00 | FA |
| 14. PatentApplication No. PCT/US2020/029199 | Unknown | 0.00 | | 30,000.00 | FA |
| 15. PatentApplication No. PCT/US2020/041875 | Unknown | 0.00 | | 30,000.00 | FA |
| 16. PatentApplication No. PCT/US2021/020580 | Unknown | 0.00 | | 30,000.00 | FA |
| 17. Canadian Trademark MIQLAB (No. TMA1108817 | Unknown | 0.00 | | 0.00 | FA |
| 18. Canadian Trademark LEXAGENE (No. TMA 1024492) | Unknown | 0.00 | | 0.00 | FA |
| 19. Canadian Trademark LX6 (No. TMA1024492) | Unknown | 0.00 | | 0.00 | FA |
| 20. US Trademark LX6 (No. 6,138,901) | Unknown | 0.00 | | 0.00 | FA |
| 21. US Trademark LEXAGENE (No. 6,093,374) | Unknown | 0.00 | | 0.00 | FA |
| 22. www.lexagene.com | Unknown | 0.00 | | 0.00 | FA |
| 23. Customer list | Unknown | 0.00 | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 23-10261 | CJP | Judge: Christopher J. Panos | Trustee Name: | John J. Aquino, Trustee |
| Case Name: | Lexagene Inc. | | | Date Filed (f) or Converted (c): | 02/24/2023 (f) |
| | | | | 341(a) Meeting Date: | 03/23/2023 |
| For Period Ending: | 02/29/2024 | | | Claims Bar Date: | 05/05/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24. Goodwill | 0.00 | 0.00 | | 0.00 | FA |
| 25. ERTC Tax Refund for 2020 & 2021 Tax year 2020/2021 | 1,004,794.30 | 1,004,794.30 | | 1,049,844.40 | FA |
| 26. ACE Property & Casualty Insurance Company Policy No. D97167990 | Unknown | 0.00 | | 0.00 | FA |
| 27. Chubb Commercial Umbrella Liability Policy No. D97168003 | Unknown | 0.00 | | 0.00 | FA |
| 28. Credit Card Reward Points (check being mailed to office) | 539.00 | 539.00 | | 539.44 | FA |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $2,902,134.76 | $1,024,347.38 | | $1,655,297.92 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Activities this period: Negotiated agreement for secured creditor to purchase substantially all of estate assets and assume lease with $900,000 in remaining obligations. Collected more than $1 million in ERC payments from Internal Revenue Service; file claims objections.

Remaining Tasks: Prepare and files estate tax returns; resolve outstanding claims objections. No previous estimated TFR date.

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 2 | -- | all software deposits non-refundable; offset against breaches; real estate security deposit remained with landlord following assignment of lease --all rights to deposits transferred to Meridian as part of sale; no value to estate |
| RE PROP # | 3 | -- | uncollectable -and subject to lien of Meridian - no value to estate |
| RE PROP # | 4 | -- | no value to estate -- uncollectable and subject to lien of Meridian |
| RE PROP # | 5 | -- | Subject to first lien in favor of Cummings Proeprties to secuure performance remaining under lease (approximately $400,000); assets transferred to Meridian as part of sale approved by Court; |
| RE PROP # | 6 | -- | assets transferred to Meridian as part of sale approved by Court; |
| RE PROP # | 7 | -- | assets transferred to Meridian as part of sale approved by Court; |
| RE PROP # | 8 | -- | assets transferred to Meridian as part of sale approved by Court; |
| RE PROP # | 9 | -- | assets transferred to Meridian as part of sale approved by Court; |
| RE PROP # | 10 | -- | assets transferred to Meridian as part of sale approved by Court; |
| RE PROP # | 11 | -- | lease assumed and assigned to Meridian -- assignee paid cured costs in excess of $100,000-- no value to estate |
| RE PROP # | 12 | -- | subject to Meridian lien -- asset transferred to Meridian as part of sale approved by Court; |
| RE PROP # | 13 | -- | subject to Meridian lien -- asset transferred to Meridian as part of sale approved by Court; |
| RE PROP # | 14 | -- | subject to Meridian lien -- asset transferred to Meridian as part of sale approved by Court; |
| RE PROP # | 15 | -- | subject to Meridian lien -- asset transferred to Meridian as part of sale approved by Court; |
| RE PROP # | 16 | -- | subject to Meridian lien -- asset transferred to Meridian as part of sale approved by Court; |
| RE PROP # | 17 | -- | included in sale of assets to Meridian no independent value |
| RE PROP # | 18 | -- | included in sale of assets to Meridian no independent value |
| RE PROP # | 19 | -- | included in sale of assets to Meridian no independent value |
| RE PROP # | 20 | -- | included in sale of assets to Meridian no independent value |
| RE PROP # | 21 | -- | included in sale of assets to Meridian no independent value |
| RE PROP # | 22 | -- | no value |
| RE PROP # | 23 | -- | included in sale of assets to Meridian no independent value |
| RE PROP # | 24 | -- | no value |
| RE PROP # | 25 | -- | difference in value = accrued interest on claim |
| RE PROP # | 26 | -- | no residual value |
| RE PROP # | 27 | -- | no residual value |

Initial Projected Date of Final Report (TFR): 03/31/2024 Current Projected Date of Final Report (TFR): 03/31/2024

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 23-10261
Case Name: Lexagene Inc.
Taxpayer ID No: XX-XXX5013
For Period Ending: 02/29/2024

Trustee Name: John J. Aquino, Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0533
Checking
Blanket Bond (per case limit): $0.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/05/23 | 28 | Bank of America<br>Bank of America Rewards Processing<br>TX-979-02-14<br>PO Box 619040<br>Dallas, TX 75261-9943 | reward balance | 1129-000 | $539.44 | | $539.44 |
| 08/08/23 | 25 | United States Treasury | Employee Retention Tax Credit 2020/2021 | 1124-000 | $326,024.66 | | $326,564.10 |
| 08/08/23 | 25 | United States Treasury | Employee Retention Tax Credit 2020/2021 | 1124-000 | $20,739.80 | | $347,303.90 |
| 08/08/23 | 25 | United States Treasury | Employee Retention Tax Credit 2020/2021 | 1124-000 | $243,634.13 | | $590,938.03 |
| 08/08/23 | 25 | United States Treasury | Employee Retention Tax Credit 2020/2021 | 1124-000 | $303,154.39 | | $894,092.42 |
| 08/08/23 | 25 | United States Treasury | 1Z A25 51V 84 9298 6548 | 1124-000 | $43,785.84 | | $937,878.26 |
| 08/15/23 | | Transfer from Acct # xxxxxx0541 | Transfer of Funds | 9999-000 | $75,000.00 | | $1,012,878.26 |
| 08/25/23 | 25 | United States Treasury | Employee Retention Tax Credit 2020/2021 | 1124-000 | $112,505.58 | | $1,125,383.84 |
| 09/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $867.28 | $1,124,516.56 |
| 09/04/23 | 10001 | International Sureties LTD<br>International Sureties, Ltd<br>701 Poydras St. Suite 420<br>New Orleans, LA 70139 | Payment of 2023 Bond | 2300-000 | | $157.53 | $1,124,359.03 |
| 09/22/23 | 1 | Bank of America<br>San Antonio, Texas | Proceds of operating account | 1129-000 | $19,014.08 | | $1,143,373.11 |
| 10/02/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,204.82 | $1,142,168.29 |
| 10/04/23 | 10002 | Meridian LGH Holdings 2, LLC<br>c/o David K. Ronck<br>Meridian Realty Advisors, LP<br>3811 Turtle Creek Blvd., Ste 875<br>Dallas, Texas 75219 | Distribution proceeds of collateral<br>per Court Order 10/4/2023 | 4210-000 | | $899,844.44 | $242,323.85 |

Page Subtotals: $1,144,397.92 $902,074.07

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | | |
|---|---|---|---|
| Case No: | 23-10261 | Trustee Name: | John J. Aquino, Trustee |
| Case Name: | Lexagene Inc. | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0533 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5013 | Blanket Bond (per case limit): | $0.00 |
| For Period Ending: | 02/29/2024 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/06/23 | 10002 | Meridian LGH Holdings 2, LLC<br>c/o David K. Ronck<br>Meridian Realty Advisors, LP<br>3811 Turtle Creek Blvd., Ste 875<br>Dallas, Texas 75219 | Distribution proceeds of collateral Reversal void and reissue | 4210-000 | | ($899,844.44) | $1,142,168.29 |
| 10/06/23 | 10003 | Meridian LGH Holdings 2, LLC<br>c/o David K. Ronck<br>Meridian Realty Advisors, LP<br>3811 Turtle Creek Blvd, Suite 875<br>Dallas, TX 75219 | Proceeds liquidation of Collateral ERTC per Court Order | 4210-000 | | $0.00 | $1,142,168.29 |
| 10/06/23 | 10003 | Meridian LGH Holdings 2, LLC<br>c/o David K. Ronck<br>Meridian Realty Advisors, LP<br>3811 Turtle Creek Blvd, Suite 875<br>Dallas, TX 75219 | Proceeds liquidation of Collateral ERTC Reversal void no amount entered - could not edit | 4210-000 | | $0.00 | $1,142,168.29 |
| 10/06/23 | 10004 | Meridian LGH Holdings 2, LLC<br>c/o David K. Ronck<br>Meridian Realty Advisors, LP<br>3811 Turtle Creek Blfd, Suite 875<br>Dallas, TX 75219 | Proceeds collateral ERTC per Court Order | 4210-000 | | $899,844.44 | $242,323.85 |
| 10/30/23 | 10005 | Commonwealth of Massachusetts<br>MA DOR, Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564 | MA Form 355 - February 28, 2023 | 2820-000 | | $514.00 | $241,809.85 |
| 11/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $588.09 | $241,221.76 |
| 12/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $258.00 | $240,963.76 |
| 01/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $266.05 | $240,697.71 |
| 02/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $265.77 | $240,431.94 |

| | | | |
|---|---|---|---|
| | Page Subtotals: | $0.00 | $1,891.91 |

Exhibit B

| | | |
|---|---|---|
| COLUMN TOTALS | $1,144,397.92 | $903,965.98 |
| Less: Bank Transfers/CD's | $75,000.00 | $0.00 |
| Subtotal | $1,069,397.92 | $903,965.98 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,069,397.92 | $903,965.98 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 23-10261
Case Name: Lexagene Inc.
Taxpayer ID No: XX-XXX5013
For Period Ending: 02/29/2024

Trustee Name: John J. Aquino, Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0541
Good Faith Deposit Account
Blanket Bond (per case limit): $0.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/12/23 | 5 | Meridian LGH Holdings 2, LLC | sales proceeds | | 1129-000 | $25,000.00 | | $25,000.00 |
| 04/20/23 | 6 | Meridian LGh Holdings 2, LLC | sales proceeds | | 1129-000 | $25,000.00 | | $50,000.00 |
| 05/17/23 | | Meridian LGh holdings 2, LLC | sales proceeds | | | $25,000.00 | | $75,000.00 |
| | | | Gross Receipts | $535,900.00 | | | | |
| | | Meridian LGH Holdings 2, LLC | Credit Against Secured Claim | ($510,900.00) | 4210-000 | | | |
| | 5 | | Raw Materials (at cost) | $125,000.00 | 1129-000 | | | |
| | 6 | | Work in Progress (at cost) | $60,000.00 | 1129-000 | | | |
| | 7 | | Finished Goods (at cost) | $100,000.00 | 1129-000 | | | |
| | 8 | | Office furniture (book value) | $35,000.00 | 1129-000 | | | |
| | 9 | | Office fixtures (book value) | $15,900.00 | 1129-000 | | | |
| | 10 | | Office equipment, computers, etc. (book value) | $25,000.00 | 1129-000 | | | |
| | 12 | | PatentApplication No. 16/619851 | $30,000.00 | 1129-000 | | | |
| | 13 | | PatentApplication No. PCT/US2020/034179 | $55,000.00 | 1129-000 | | | |
| | 14 | | PatentApplication No. PCT/US2020/029199 | $30,000.00 | 1129-000 | | | |
| | 15 | | PatentApplication No. PCT/US2020/041875 | $30,000.00 | 1129-000 | | | |
| | 16 | | PatentApplication No. PCT/US2021/020580 | $30,000.00 | 1129-000 | | | |
| 08/15/23 | | Transfer to Acct # xxxxxx0533 | Transfer of Funds | | 9999-000 | | $75,000.00 | $0.00 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $75,000.00 | $75,000.00 |
| Page Subtotals: | $75,000.00 | $75,000.00 |

Exhibit B

| | | |
|---|---|---|
| Less: Bank Transfers/CD's | $0.00 | $75,000.00 |
| Subtotal | $75,000.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $75,000.00 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0533 - Checking | $1,069,397.92 | $903,965.98 | $240,431.94 |
| XXXXXX0541 - Good Faith Deposit Account | $75,000.00 | $0.00 | $0.00 |
| | $1,144,397.92 | $903,965.98 | $240,431.94 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $510,900.00 |
| Total Net Deposits: | $1,144,397.92 |
| Total Gross Receipts: | $1,655,297.92 |



Page Subtotals: $0.00 $0.00

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 23-10261 Date: February 29, 2024

Debtor Name: Lexagene Inc.

Claims Bar Date: 5/5/2023

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100<br>3110 | Anderson Aquino LLP<br>240 Lewis Wharf<br>Boston, MA 02110 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $36,487.50 | $36,487.50 |
| 100<br>2100 | John J. Aquino<br>240 Lewis Wharf<br>Boston, MA 02110 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $72,908.94 | $72,908.94 |
| 100<br>2200 | John J. Aquino<br>240 Lewis Wharf<br>Boston, MA 02110 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $907.75 | $907.75 |
| 100<br>3320 | Verdolino & Lowey P. C.<br>124 Washington Street<br>Foxboro, MA 02035 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $95.35 | $95.35 |
| 100<br>3410 | Verdolino & Lowey P. C.<br>124 Washington Street<br>Foxboro, MA 02035 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $4,504.00 | $4,504.00 |
| 1<br>280<br>5800 | INTERNAL REVENUE SERVICE<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority<br>Payment Status:<br>Valid To Pay | | $0.00 | $404.31 | $404.31 |
| 2<br>300<br>7100 | Codeshed Solutions<br>720 20Th Street West<br>North Vancouver, Bc V7p2b2<br>Canada | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $191.25 | $191.25 |
| 3<br>300<br>7100 | Sigma-Aldrich, Inc.<br>3050 Spruce Street<br>St. Louis, Mo 63103 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $2,071.90 | $2,071.90 |
| 4<br>300<br>7100 | Intertek Testing Services Na, Inc.<br>200 Westlake Park Blvd, Suite 400<br>Houston, Tx 77079 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $970.00 | $970.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 23-10261 Date: February 29, 2024
Debtor Name: Lexagene Inc.
Claims Bar Date: 5/5/2023

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5<br>300<br>7100 | All Clean<br>29 Shetland Rd<br>Danvers, Ma 01923 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $2,876.00 | $2,876.00 |
| 6<br>300<br>7100 | Ace Property & Casualty Insurance Company<br>436 Walnut Street - Wa04k<br>Philadelphia, Pa 19106 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,563.00 | $1,563.00 |
| 7<br>300<br>7100 | Wolf, Greenfield & Sacks, P.C.<br>600 Atlantic Avenue<br>Boston, Ma 02210 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $2,224.75 | $2,224.75 |
| 8<br>300<br>7100 | Toppan Merrill Corporation<br>1 Adelaide Street East, Suite 3000;<br>Po Box 204<br>Toronto, Ontario<br>M5c 2V9 | Unsecured<br>Payment Status:<br>Valid To Pay | duplicate and disallowed per Court Order | $0.00 | $0.00 | $0.00 |
| 9<br>300<br>7100 | NATIONAL GRID<br>300 Erie Boulevard West<br>Syracuse, Ny 13202 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $9,115.92 | $9,115.92 |
| 10<br>300<br>7100 | Toppan Merrill Llc<br>1501 Energy Park Drive<br>Saint Paul, Mn 55108 | Unsecured<br>Payment Status:<br>Valid To Pay | disallowed per Court Order -- reassigned to Lexagene Holdings, Inc case | $0.00 | $11,763.75 | $0.00 |
| 11<br>350<br>7200 | Innovation Refunds, Llc<br>C/O Browning Law Group, Apc<br>18818 Teller Ave., Ste 115<br>Irvine, Ca 92612 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $251,198.60 | $251,198.60 |
| 12<br>350<br>7200 | John Regan<br>50 Plum Street<br>South Hamilton, Ma 01982 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $350,000.00 | $350,000.00 |
| 13<br>350<br>7200 | Jeffrey Mitchell<br>34 Willowdale Road<br>Winchester, Ma 01890 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $265,000.00 | $265,000.00 |
| | Case Totals | | | $0.00 | $1,012,283.02 | $1,000,519.27 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 23-10261 Date: February 29, 2024

Debtor Name: Lexagene Inc.

Claims Bar Date: 5/5/2023

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 23-10261
Case Name: Lexagene Inc.
Trustee Name: John J. Aquino, Trustee

| | | |
|---|---|---|
| Balance on hand | $ | 240,431.94 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: John J. Aquino | $ 72,908.94 | $ 0.00 | $ 72,908.94 |
| Trustee Expenses: John J. Aquino | $ 907.75 | $ 0.00 | $ 907.75 |
| Attorney for Trustee Fees: Anderson Aquino LLP | $ 36,487.50 | $ 0.00 | $ 36,487.50 |
| Accountant for Trustee Fees: Verdolino & Lowey P. C. | $ 4,504.00 | $ 0.00 | $ 4,504.00 |
| Accountant for Trustee Expenses: Verdolino & Lowey P. C. | $ 95.35 | $ 0.00 | $ 95.35 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 114,903.54 |
| Remaining Balance | $ | 125,528.40 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $404.31 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | $ 404.31 | $ 0.00 | $ 404.31 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 404.31 |
| Remaining Balance | $ 125,124.09 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $19,012.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Codeshed Solutions | $ 191.25 | $ 0.00 | $ 191.25 |
| 3 | Sigma-Aldrich, Inc. | $ 2,071.90 | $ 0.00 | $ 2,071.90 |
| 4 | Intertek Testing Services Na, Inc. | $ 970.00 | $ 0.00 | $ 970.00 |
| 5 | All Clean | $ 2,876.00 | $ 0.00 | $ 2,876.00 |
| 6 | Ace Property & Casualty Insurance Company | $ 1,563.00 | $ 0.00 | $ 1,563.00 |
| 7 | Wolf, Greenfield & Sacks, P.C. | $ 2,224.75 | $ 0.00 | $ 2,224.75 |
| 8 | Toppan Merrill Corporation | $ 0.00 | $ 0.00 | $ 0.00 |
| 9 | NATIONAL GRID | $ 9,115.92 | $ 0.00 | $ 9,115.92 |
| 10 | Toppan Merrill Llc | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 19,012.82 |
| Remaining Balance | $ | 106,111.27 |

Tardily filed claims of general (unsecured) creditors totaling $866,198.60 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 12.3 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Innovation Refunds, Llc | $ 251,198.60 | $ 0.00 | $ 30,772.39 |
| 12 | John Regan | $ 350,000.00 | $ 0.00 | $ 42,875.78 |
| 13 | Jeffrey Mitchell | $ 265,000.00 | $ 0.00 | $ 32,463.10 |

| | | |
|---|---|---|
| Total to be paid to tardy general unsecured creditors | $ | 106,111.27 |
| Remaining Balance | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE